UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH J. ADAMS, | Case No. 16-cv-06415-MEJ (PR) |
| Petitioner, | |
| v. | **ORDER OF TRANSFER** |
| MARTIN FRINK, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. He seeks review of a prison disciplinary finding that resulted in the loss of time credits. The disciplinary finding occurred at High Desert State Prison, which is located in the Eastern District of California. However, the California Department of Corrections and Rehabilitation's online inmate locator service confirms that petitioner has been transferred to Tallahatchie County Correctional Facility which is in the Northern District of Mississippi.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Northern District of Mississippi. See 28

1 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

2 The Clerk is directed to transfer this matter forthwith. The Clerk is further directed to change petitioner's address to Kenneth J. Adams, #T-45602, Tallahatchie County Correctional Facility, 415 U.S. Highway 49 North, Tutwiler, MS 38963.

**IT IS SO ORDERED.**

Dated: November 14, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge